IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KATHERINE WIGGINS,

    Plaintiff,

    v.

ASTRAZENECA PHARMACEUTICALS LP,
ASTRAZENECA LP, ZENECA, INC.,
JOHNSON & JOHNSON COMPANY, and
JANSSEN PHARMACEUTICA PRODUCTS, LP,

    Defendants.

C.A. No. 06-cv-00374-UNA

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Kenneth A. Murphy to represent Johnson & Johnson Company and Janssen Pharmaceutica Products, LP in this action.

Dated: June 12, 2006

/s/ David P. Primack
David P. Primack (DE 4449)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

Counsel for Johnson & Johnson Company and
Janssen Pharmaceutica Products, LP

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____, 2006    _____
                                                    United States District Judge

WM\5811\1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the state of Pennsylvania and New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: June 8, 2006

Kenneth A. Murphy
Drinker Biddle & Reath LLP
18th and Cherry Streets
Philadelphia, PA 19103-6996
Phone: (215) 988-2837
Fax:    (215) 988-2757

WM\5811\1