IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KATHERINE WIGGINS,

    Plaintiff,

    v.                                  C.A. No. 06-cv-00374-JJF

ASTRAZENECA PHARMACEUTICALS LP,
ASTRAZENECA LP, ZENECA, INC.,
JOHNSON & JOHNSON COMPANY, and
JANSSEN PHARMACEUTICA PRODUCTS, LP,

    Defendants.

## STIPULATION AND ORDER TO REMAND CASE

    IT IS HEREBY STIPULATED, between the undersigned parties, that the above-captioned case be Remanded to the Superior Court for the State of Delaware, New Castle County.

By: _____    By: _____
David P. Primack (DE 4449)               Robert Jacobs (DE 244)
DRINKER BIDDLE & REATH LLP        JACOBS & CRUMPLAR, P.A.
1100 North Market Street, Suite 1000    2 East 7th Street
Wilmington, Delaware 19801-1254       P.O. Box 1271
(302) 467-4200                                Wilmington, Delaware 19899
(302) 467-4201 fax                      (302) 656-5445

So ORDERED:

                                                    _____
                                                    The Honorable Joseph J. Farnan, Jr.
                                                    United States District Judge