06/20/2006 13:42 FAX 3024674201          DB&R WILM                              ☑002/002

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

KATHERINE WIGGINS,                          :
                                            :
    Plaintiff,           :
                                            :
    v.                   :          C.A. No. 06-cv-00374-JJF
                                            :
ASTRAZENECA PHARMACEUTICALS LP,             :
ASTRAZENECA LP, ZENECA, INC.,               :
JOHNSON & JOHNSON COMPANY, and              :
JANSSEN PHARMACEUTICA PRODUCTS, LP,         :
                                            :
    Defendants.          :

### STIPULATION AND ORDER TO REMAND CASE

IT IS HEREBY STIPULATED, between the undersigned parties, that the above-

captioned case be Remanded to the Superior Court for the State of Delaware, New Castle

County.

By: _____          By: _____
David P. Primack (DE 4449)                 Robert Jacobs (DE 244)
DRINKER BIDDLE & REATH LLP                 JACOBS & CRUMPLAR, P.A.
1100 North Market Street, Suite 1000       2 East 7th Street
Wilmington, Delaware 19801-1254            P.O. Box 1271
(302) 467-4200                             Wilmington, Delaware 19899
(302) 467-4201 fax                         (302) 656-5445


So ORDERED:          _____
                     The Honorable Joseph J. Farnan, Jr.
                     United States District Judge


DATE: June 21 2006
DOCKET: # 4