FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 JUL 17 PM 3:59

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 30, 2006

Sharon Agnew
Prothonotary, Superior Court of Delaware
Office of the Prothonotary
500 North King Street
Lower Level One
Suite 500
Wilmington, DE 19801

FILED PROTHONOTARY
2006 JUL 11 AM 10:06

    IN RE:  Katherine Woods v. Astrazeneca
               Pharmaceuticals LP, et al.
               <u>Civil Action No. 06-374(JJF)</u>

Dear Ms. Agnew,

    In accordance with the June 22, 2006 Stipulation and Order to Remand Case of the Honorable Joseph J. Farnan, Jr., the above titled action has been remanded to your court. Enclosed please find for your reference a certified copy of the docket sheet, a certified copy of the Stipulation and Order to Remand Case (D.I. 5), and copies of docket items 1-4.

    If you have any further questions, please contact me at the phone number listed above.

                          Sincerely,

                          Peter T. Dalleo, Clerk

                          By: _Anita Belton_____
                              Deputy Clerk

cc: Judge Joseph J. Farnan, Jr. (w/o encl.)
    David R. Primack, Esquire (w/o encl.)
    Robert Jacobs, Esq. (w/o encl.)